UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

04 AUG -3 AM 9: 24

SHANNON JOHNSON,
KENNETH WEEKS and
BRANDON CAIN

PLAINTIFFS

vs.                                              CIVIL ACTION NO. 3:03CV-645-S

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT and
MATTHEW CORDER

DEFENDANTS

## CROSSCLAIM OF DEFENDANT, MATTHEW CORDER AGAINST CO-DEFENDANT, LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT

\* \* \* \* \*

Comes the Defendant, Matthew Corder, by and through counsel, and for his Crossclaim against the Co-Defendant, Louisville/Jefferson County Metro Government, states as follows:

1. Defendant Corder hereby adopts and incorporates in this Crossclaim as a part hereof as though fully set out herein each and every statement contained in his Answer to the Complaint herein.

2. Each and every act and thing, if any, which this Defendant did in respect to the Plaintiffs herein was done within the course and scope of his employment and authority with the Defendant, Louisville/Jefferson County Metro Government, and was for and in behalf and in the conduct of the affairs and business of the Defendant, Louisville/Jefferson County Metro Government. As a consequence thereof, this Defendant is entitled to indemnification and/or contribution against any loss, cost or liability, including attorney's fees and costs of litigation from the Defendant,

Louisville/Jefferson County Metro Government, pursuant to applicable state law, local ordinance and contract.

**WHEREFORE**, Defendant, Matthew Corder, demands judgment as follows:

1. Judgment on his Crossclaim against the Co-Defendant, Louisville/Jefferson County Metro Government, for indemnification and/or contribution for any and all amounts which may be adjudicated against him in favor of the Plaintiffs;

2. A reasonable attorney's fee;

3. His costs herein expended; and

4. Any and all further relief to which he may appear entitled.

Respectfully submitted,

PRIDDY, ISENBERG, MILLER & MEADE PLLC


_____
Mark L. Miller
429 W. Muhammad Ali Blvd.
800 Republic Bldg.
Louisville, KY 40202
(502) 587-8600
Counsel for Defendant, Matthew Corder

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed this 2nd day of August, 2004, to William D. Nefzger, O'Koon Hintermeister, PLLC, 1100 PNC Plaza, 500 W. Jefferson Street, Louisville, KY 40202; and to Jeffrey L. Freeman, 400 S. Sixth Street, Louisville, KY 40202.

_____
Mark L. Miller